United States Courts
Southern District of Texas
FILED

DEC 17 2019 RLT

David J. Bradley, Clerk
Laredo Division

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### LAREDO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | CRIMINAL NO. L-19-2466 DS |
| § | |
| EMELY GUTIERREZ § | |

## INDICTMENT

**THE GRAND JURY CHARGES THAT:**

### COUNT ONE

On or about September 2015, in the Southern District of Texas and within the jurisdiction of the Court, Defendant,

**EMELY GUTIERREZ,**

did fraudulently and knowingly export and send, and attempt to export and send from the United States to the United Mexican States, merchandise, articles, and objects, that is: a Jimenez Arms, Inc, model JA. 380, .380 caliber pistol, Serial Number: 151998, contrary to the laws and regulations of the United States, to wit: Title 22, United States Code, Section 2778(b)(2) and Section 2778(c), and Title 22, Code of Federal Regulations §§ 121.1, 123.1, and 127.3, and did receive, conceal, buy, sell, and in any manner facilitated the transportation, concealment, and sale of said merchandise, articles, and objects, prior to exportation, knowing the same to be intended for exportation contrary to said laws and regulations of the United States, in violation of Title 18, United States Code, Sections 554 and 2.

**ORIGINAL SIGNATURE ON FILE**

RYAN K. PATRICK
UNITED STATES ATTORNEY

_____
Anthony Garrie Brown
Assistant United States Attorney

USA-74-24b
(Rev. 6-1-71)

# CRIMINAL DOCKET

__LAREDO__ DIVISION                                    NO._____

FILE: 19-31073
<u>INDICTMENT</u>          Filed: <u>December 17, 2019</u>            Judge:_____

ATTORNEYS:

UNITED STATES OF AMERICA

<u>RYAN K. PATRICK, USA</u>
VS.                                               <u>ANTHONY GARRIE BROWN, AUSA</u>

**EMELY GUTIERREZ**

**CHARGE:**

Ct. 1: Smuggling Goods from the United States
       [18 USC 554 & 2]

**TOTAL COUNTS: 1**

**PENALTY:**
Ct. 1: 0 to 10 years and/or $250,000 Fine, $100 special assessment,
       Not more than a three (3)-year term of supervised release

In Jail:

On Bond:

Name & Address of Surety:

No Arrest: